IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EMILY NICOLE VANGORDER, | ) | |
| Plaintiff, | ) | Civil Action No. 17-930 |
| v. | ) | Judge Cathy Bissoon |
| BOTESCH, *et al.*, | ) | |
| Defendants. | ) | |

## ORDER DISMISSING CASE

On February 1, 2018, this Court issued an Order finding that Plaintiff has failed to abide by its December 19, 2017 Case Management Order, which required, among other things, that the parties confer regarding ADR by January 9, 2018 and serve initial disclosures by January 18, 2018, and to show cause as to why this case should not be dismissed for her failure to prosecute. The Court ordered Plaintiff to file a written response on or before February 15, 2018. To date, Plaintiff has not filed any response to the Court's Show Cause Order.

In light of Plaintiff's failure to prosecute this action, dismissal is warranted under Poulis v. State Farm Fire & Cas. Co., 747 F.2d 863 (3d Cir. 1984). Specifically, the Court relies on the Poulis factors regarding Plaintiff's personal responsibility; unresponsiveness; failure to demonstrate excusable neglect; and the lack of effective, alternative sanctions. Id. at 868. Simply put, Plaintiff's failure to respond and seeming disinterest in prosecuting this case leave no meaningful alternative to a dismissal.

For all of these reasons, this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.


February 20, 2018                                   s/Cathy Bissoon
                                                    Cathy Bissoon
                                                    United States District Judge


cc (via First-Class U.S. mail):

EMILY NICOLE VANGORDER
860 Seven Hills Road
Chicora, PA 16025